# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00116-TOR |
|---|---|
| Plaintiff, | CRIMINAL MINUTES |
| vs. | DATE: 3/12/2025 |
| KEVIN WILLIAM WISSMAN | LOCATION: Spokane 902 |
| Defendant. | CHANGE OF PLEA HEARING |

### JUDGE THOMAS O. RICE

| Lee Reams | N/A | N/A | Crystal Gonzalez |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Michael Vander Giessen | | Adrien Fox | |
| **Government Counsel** | | **Defense Counsel** | |

[ X ] Open Court            [  ] US Probation Officer:

Defendant present, in custody of U.S. Marshal, and assisted by counsel.

Defendant filed a Notice of Intent to Plead Guilty to Count 1, ECF No. 20, without the benefit of a plea agreement.

Oath administered to Defendant for change of plea.

The Court advised Defendant of rights given up by entering a guilty plea including the right to a jury trial and certain appeal rights. The Court confirmed Defendant's understanding of the elements and facts required to be proven to obtain a conviction and the maximum penalties.

Defendant plead guilty to Count 1 of the Indictment and the Court accepted his plea as knowing and voluntary, finding Defendant fully competent and aware of the charges and the consequences of the plea.

The Court ordered a Presentence Investigation Report and set sentencing for **June 12, 2025, at 1:30 p.m.**

Defendant is remanded to the custody of the U.S. Marshal.

| CONVENED: 11:00 AM | ADJOURNED: 11:07 AM | TIME: 7 MINS | [X] ORDER TO FOLLOW |
|---|---|---|---|