UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KEVIN WILLIAM WISSMAN,<br><br>　　　　　Defendant. | Case No.   2:23-CR-0116-TOR-1<br><br>CRIMINAL MINUTES<br><br>DATE:   6/12/2025<br><br>LOCATION:   Spokane<br><br>SENTENCING HEARING |

JUDGE THOMAS O. RICE

| Courtney Piazza | N/A | | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Michael Vander Giessen | | Adrien Fox | |
| **Government Counsel** | | **Defense Counsel** | |

[ X ] Open Court　　　　　　　　　　　　　　[ X ] US Probation Officer: Sean Kennicutt

Defendant is present, in custody of the US Marshal, and assisted by counsel.

Michael Vander Giessen presented the government's sentencing recommendation.

Adrien Fox confirmed review of the PSIR with Defendant and advised there are no pending objections to the PSIR, and presentenced sentencing recommendations on behalf of the Defendant.

The Court adopted the Presentence Report and calculated the advisory guideline range.

The Defendant addressed the Court.

The Court addressed the Defendant and pronounced sentence as to count 1:

| | |
|---|---|
| **Incarceration:** | 6 months |
| **Supervised Release:** | 1 year |
| **Probation:** | N/A |
| **Fine:** | Waived |
| **Special Penalty Assessment**: | $25.00 |
| **Restitution:** | $916.81, interest waived |
| **BOP Recommendations** | None |

Page 2 USA v. Kevin Wissman 2:23-CR-00116-TOR-1 Sentencing Hearing

The Court advised Defendant of his right to appeal.

| CONVENED: 1:30 PM | ADJOURNED: 1:46 PM | TIME: HR/ 16 MINS | ORDER/JNC FORTHCOMING [ X ] |